



1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7           IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    CASE NO. 2:12-MJ-18 DAD
                                )
11              Plaintiff,      )
                                )    STIPULATION AND [PROPOSED]
12      v.                      )    ORDER TO EXTEND TIME FOR
                                )    PRELIMINARY EXAMINATION AND
13 TOMISHA L. MCKINNIE          )    EXCLUDE TIME
                                )
14              Defendant.      )
15 _____)

16

17      The parties request that Defendant Tomisha L. McKinnie's
18 preliminary examination in this case be continued to February 24,
19 2012, before Magistrate Judge Kendal J. Newman.  They stipulate
20 that the time between the filing of this stipulation and February
21 24, 2012 should be excluded from the calculation of time under
22 the Speedy Trial Act and that there is good cause for a
23 continuance of the preliminary examination pursuant to Fed. R.
24 Crim. P. 5.1(d).  The parties stipulate that the ends of justice
25 are served by the Court excluding such time, so that counsel for
26 both sides may have reasonable time necessary for effective
27 preparation, taking into account the exercise of due diligence
28 and so that the Government may have continuity of counsel.  18

                                1

1  U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the parties wish to
2  analyze the charges in the complaint and the Defendant would like
3  opportunity to present to the assigned prosecutor arguments in
4  favor of a narrower set of charges.  But the assigned prosecutor
5  is currently unavailable.  The parties stipulate and agree that
6  the interests of justice served by granting this continuance
7  outweigh the best interests of the public and the defendant in a
8  speedy return of an indictment and speedy trial.  18 U.S.C. §
9  3161(h)(7)(A); 18 U.S.C. § 3161(b).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: January 25, 2012        By:   /s/ Matt Segal for
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney


DATE: January 25, 2012              /s/Chris Cosca by mds
                                    CHRIS COSCA
                                    Attorney for Defendant

                                    **SO ORDERED.**

DATE: 1/25/12

                                    _____
                                    HON. DALE A. DROZD
                                    U.S. Magistrate Judge

2